# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STACY SYLVE AND BERNARD
SYLVE, JR.

VERSUS

BARRIERE CONSTRUCTION CO.,
L.L.C. AND ERIC SCHEXNAYDRE,
JR.

NO. 2025 CW 0390

**JULY 14, 2025**

---

In Re:    Barriere Construction Co., L.L.C., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20240003155.

---

**BEFORE:    HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.**

                    **CHH**
                    **BDE**
                    **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT